4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVI

Case:2:20-cr-20476
Judge: Lawson, David M.
MJ: Whalen, R. Steven
Filed: 10-07-2020 At 01:05 PM
INDI USA V. CHANDLER (DA)

UNITED STATES OF AMERICA,

v.

ANTONIO DORAN CHANDLER,

Defendant.

_____/

VIOLATION: 18 U.S.C. § 922(g)(3)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

(18 U.S.C. § 922(g)(3) – *possession of a firearm by a prohibited person*)

On or about September 9, 2020, in the Eastern District of Michigan, Southern Division, the defendant, ANTONIO DORAN CHANDLER, then being an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, and therefore, a prohibited person, did knowingly possess a firearm, that is, a tan Glock 19 9mm pistol, which had been shipped and transported in interstate or foreign commerce to reach this jurisdiction, in violation of 18 U.S.C. § 922(g)(3).

1

## COUNT TWO

(18 U.S.C. § 922(g)(3) – *possession of a firearm by a prohibited person*)

On or about September 24, 2020, in the Eastern District of Michigan, Southern Division, the defendant, ANTONIO DORAN CHANDLER, then being an unlawful user of a controlled substance, as defined in 21 U.S.C. § 802, and therefore, a prohibited person, did knowingly possess a firearm, that is, an Anderson Manufacturing AM-15 multi-caliber firearm, which had been shipped and transported in interstate or foreign commerce to reach this jurisdiction, in violation of 18 U.S.C. § 922(g)(3).

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of violating 18 U.S.C. § 922(g)(3) as set forth in this Indictment, upon conviction, the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offenses.

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit

*s/ Rosemary Wummel Gardey*
ROSEMARY WUMMEL GARDEY
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-0285
email: rosemary.gardey@usdoj.gov

Dated: October 7, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:20-cr-20476<br>Judge: Lawson, David M.<br>MJ: Whalen, R. Steven<br>Filed: 10-07-2020 At 01:05 PM<br>INDI USA V. CHANDLER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: RWG |

**Case Title:** USA v. Antonio Doran Chandler

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___ Indictment/ ___ Information --- **no** prior complaint.
✓ Indictment/ ___ Information --- based upon prior complaint [Case number: 20-mj-30402 ]
___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 7, 2020
Date

*Rosemary Wummel Gardey* (signature)
Rosemary Wummel Gardey
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0285
Fax:   313-226-2372
E-Mail address: rosemary.gardey@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.